**510**

SAMUEL J. MILLER & CO., a partnership composed of Samuel J. Miller, Henry J. Miller and Nathaniel Miller, for itself and, as to count three, also on behalf of United States of America, Appellee,

v.

A. SCHRETER & SONS COMPANY, Incorporated, Sidney H. Schreter, Leon M. Schreter, A. Harvey Schreter and Sidney H. Schreter and Daniel C. Joseph as Executors of the Estate of Abraham Schreter, deceased, Appellants.

No. 10649.

United States Court of Appeals
Fourth Circuit.

Argued Feb. 9, 1967.

Decided Feb. 28, 1967.

William D. Denson, New York City (Warren H. Rotert, New York City and Edward Pierson, Baltimore, Md., Morgan, Finnegan, Durham & Pine, New York City, and Pierson & Pierson, Baltimore, Md., on brief), for appellants.

John Martin Jones, Jr., Baltimore, Md., (Robert B. Barnhouse, Baltimore, Md., and Walter J. Blenko, Jr., Pittsburgh, Pa., Blenko, Hoopes, Leonard & Buell, Pittsburgh, Pa., and Piper & Marbury, Baltimore, Md., on brief), for appellee.

Before BRYAN, WINTER and CRAVEN, Circuit Judges.

PER CURIAM:

Patent No. 2,813,273, issued to Abraham Schreter on November 19, 1957, for a button-down necktie was declared invalid by the District Court at the suit of Samuel J. Miller & Co., a manufacturer of them. The decision went upon the finding that the invention claimed in the letters patent was described in printed publications and was in public use, and on sale in the United States by the defendant-appellant A. Schreter & Sons Company, Incorporated, and others, more than a year before the application for the patent. 35 U.S.C. 102(b). The present holders or owners of the patent are also defendants and appellants.

We affirm the declaration of the District Court upon the basis of its accompanying opinion, Samuel J. Miller & Co. v. A. Schreter & Sons Co., 246 F. Supp. 737 (D.Md.1965).

Affirmed.

UNITED BOND AND MORTGAGE CORPORATION, Appellant,

v.

CROWN CENTRAL PETROLEUM CORPORATION, Appellee.

No. 11007.

United States Court of Appeals
Fourth Circuit.

Argued March 7, 1967.

Decided March 10, 1967.

Charles F. Cooper, Columbia, S. C., for appellant.

Irvine F. Belser and Belser, Belser & Baker, Columbia, S. C., Fulmer, Barnes, Berry & Austin, Columbia S. C., and Cable & McDaniel, Baltimore, Md., on brief, for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

For the reasons announced in open court, we think the District Court properly refused to entertain this collateral attack upon a final judgment of a state court having jurisdiction of this civil litigation.

Affirmed.